IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES W. BRUNS III** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:04cv794 LG-JMR** |
| | § | |
| **GARBER, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This day this cause came on to be considered on Defendants' Motion for Summary Judgment [55-1], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [55-1] is **GRANTED**. Plaintiff's claims against the Defendants are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE